IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRIGHTVIEW LANDSCAPES, LLC**,<br><br>  Plaintiff,<br><br>  *v.*<br><br>**MICHAEL IATZKO,**<br><br>  Defendant. | **CIVIL ACTION**<br><br>**NO. 25-2013-KSM** |

## ORDER

**AND NOW**, this 18th day of June, 2025, upon consideration of Defendant's Motion to Partially Dismiss Plaintiff's Complaint (Doc. No. 14), Plaintiff's opposition brief (Doc. No. 18), and Defendant's reply brief (Doc. No. 19), it is **ORDERED** that the motion is **GRANTED** and Plaintiff's breach of contract claim is **DISMISSED** to the extent it is premised on violation of the nondisclosure and non-solicitation provisions of the parties' Agreement.

**IT IS FURTHER ORDERED** that Defendant shall file his answer by **June 23, 2025.**

**IT IS ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.