**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRIGHTVIEW LANDSCAPES, LLC | : | CIVIL ACTION |
| : | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL IATZKO | : | NO. 25-cv-2013 |

**O R D E R**

AND NOW this 30th day of June 2025, upon notification by counsel that the above-captioned matter has been settled, it is hereby **ORDERED** that the matter is marked **SETTLED** and **CLOSED** for statistical purposes.

The court specifically retains jurisdiction until January 24, 2026.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE